SEAN P. FLYNN (SBN: 15408)
**GORDON REES SCULLY MANSUKHANI**
300 S. 4th Street, Ste. 1550
Las Vegas, NV 89101
Telephone:     (775) 467-2610
E-Mail:         sflynn@grsm.com

**Attorneys for Defendants**
KOKI HOLDINGS AMERICA, LTD. and
LOWE'S HOME CENTERS, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD ECHOLS,<br><br>                        Plaintiff,<br><br>        vs.<br><br>KOKI HOLDINGS AMERICA LTD., fka HITACHI KOKI U.S.A., LTD., dba METABO HPT, a foreign corporation; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S; DOES I THROUGH X, inclusive; and ROE ENTITIES I THROUGH X, inclusive,<br><br>                        Defendants. | CASE NO.<br><br>**NOTICE OF REMOVAL OF ACTION**<br><br>**28 U.S.C. § 1441(B) Diversity** |

Defendants KOKI HOLDINGS AMERICA, LTD. ("KHA") and LOWE'S HOME CENTERS, LLC ("LOWE'S") are Defendants in the civil action brought on February 12, 2024, in the District Court of Clark County, Nevada, Case No.  A-24-886377-C entitled *Richard Echols v. Koki Holdigs America Ltd., et al.*  ("Action")

1.      This Notice of Removal is timely under Section 1446 (b), (c) of Title 28 of the United States Code because this Notice of Removal is filed within one year of the commencement of the action, so therefore, it is timely filed under 28 U.S.C. § 1446 (b)(1).

2.      This Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendants pursuant to the

1
**NOTICE OF REMOVAL**

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV  89101

provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00 exclusive of interests and costs.

3. Complete diversity of citizenship exists in that Plaintiff RICHARD ECHOLS ("Plaintiff") is a citizen of the Nevada. Defendant KHA is a citizen of Delaware and has its principal place of business in Braselton, Georgia. Defendant Lowe's is a citizen of North Carolina, with its principal place of business in Mooresville, North Carolina.

4. Removal of this Action is also proper under section 1441 (b) of Title 28 of the United States Code because:

a. There are no other Defendants in this Action.

b. No party properly joined in this Action as a defendant is a citizen of the State of Nevada, the State in whose courts the action is currently pending.

c. The defendants identified as DOES I through X and ROES I through X in Plaintiffs' Complaint are merely fictitious parties against whom no cause of action can be validly alleged. All of Plaintiffs' allegations against Doe and Roe defendants are merely fictitious. To the best of Defendants' information and belief, no fictitiously designated defendant has been served with process, and these fictitiously named parties may be ignored for purposes of determining Diversity and Removal.

5. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) because the District Court of Clark County Nevada is located within the U.S. District Court of Nevada.

6. Pursuant to § 1446 (d), a copy of this Notice of Removal is being served on Plaintiff's counsel.

7. Pursuant to § 1446 (d), a copy of this Notice of Removal will be promptly filed with the District Court of Clark County Nevada in Case No. A-24-886377-C,

8. Pursuant to 28 U.S.C. § 1446(a), true and copies of all process, pleadings, orders, and other papers filed in the State Court Action have been concurrently filed with this Court.

9. Defendants KHA and LOWE'S hereby remove this Action from the District Court of Clark County Nevada, Case No. A-24-886377-C, and requests that further proceedings be conducted in the United States District Court as provided by law.

**Gordon Rees Scully Mansukhani, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

2
**NOTICE OF REMOVAL**

**Gordon Rees Scully Mansukhani, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

10.    By filing a Notice of Removal in this matter, Defendants do not waive their rights to object to service of process, the sufficiency of process, jurisdiction over the person, or venue, and Defendants specifically reserves their rights to assert any defenses and/or objections to which they may be entitled.

11.    By filing a Notice of Removal in this matter, Defendants do not concede or otherwise agree that Plaintiff has stated viable claims under federal or state law or admit the truth of any factual or legal allegations in the Complaint.

12.    Defendants reserve the right to amend or supplement this Notice of Removal.

13.    If any question arises as to the propriety of the Removal of this Action, Defendants request the opportunity to present a brief and oral argument in support of Removal.

WHEREFORE, Defendants respectfully request that this the United States District Court take jurisdiction of this action and issue all necessary orders and process to remove said action from the District Court of Clark County Nevada to the United States District Court of Nevada.

DATED this 25th day of March 2024.

GORDON REES SCULLY MANSUKHANI

/s/ Sean P. Flynn
SEAN P. FLYNN, ESQ.
Nevada Bar No. 15408
300 S. 4th Street, Ste. 1550
Las Vegas, NV 89101
**Attorneys for Defendants**
KOKI HOLDINGS AMERICA, LTD. and
LOWE'S HOME CENTERS, LLC

3
**NOTICE OF REMOVAL**