JACOB S. SMITH, ESQ.
Nevada Bar No. 10231
DAVID T. GLUTH, ESQ.
Nevada Bar No. 10596
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel: (702) 862-8200
Fax: (702) 862-8204
jake@hennessandhaight.com
david@hennessandhaight.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ECHOLS,<br><br>        Plaintiff,<br>vs.<br><br>KOKI HOLDINGS AMERICA, LTD., fka HITACHI KOKI U.S.A., LTD., dba METABO HPT, a foreign corporation; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S; DOES I through X, inclusive; ROE DISTRIBUTORS I THROUGH X, inclusive; and ROE ENTITIES I THROUGH X, inclusive,<br><br>        Defendants. | Case No.:  2:24-cv-00570-RFB-BNW<br><br>**PROPOSED JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |

Plaintiff RICHARD ECHOLS, by and through his attorneys of record, JACOB S. SMITH, ESQ., and DAVID T. GLUTH, ESQ., of the law firm of HENNESS & HAIGHT, and Defendants KOKI HOLDINGS AMERICA, LTD., fka HITACHI KOKI U.S.A., LTD., dba METABO HPT and LOWE'S HOME CENTERS, LLC d/b/a LOWE'S, by and through their attorneys of record, SEAN P. FLYNN, ESQ., of GORDON REES SCULLY MANSUKHANI, hereby submit this Proposed Joint Discovery Plan and Scheduling Order.

1. **Meeting:** Pursuant to FRCP Rule 26(f), a meeting was held on May 3rd, 2024, and was attended telephonically by Jacob S. Smith, Esq., of Henness & Haight for Plaintiff Richard Echols, and Jeffrey Swedo, Esq., of Gordon Rees Scully Mansukhani.

1

2. **Pre-Discovery Disclosures:** Pursuant to FRCP Rule 26(a)(1), the parties will make their pre-discovery disclosures, including but not limited to any Computation(s) of Damages required pursuant to FRCP 26(a)(i)(A)(iii), by May 24, 2024.

3. **Areas of Discovery:** The parties agree that the areas of discovery should include, but not be limited to: all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure.

4. **Discovery Plan:** The parties propose the following discovery plan:

**A. Discovery Cut-Off Date(s):**

The discovery period shall be calculated as one hundred eighty (180) days from the date of the FRCP Rule 26 conference, such that discovery closes on October 30, 2024.

**B.    Amending the Pleadings and Adding Parties:** The parties shall have until August 1, 2024 to file any motions to amend the pleadings to add parties. This is 90 days prior to the discovery cut off date.

**C.    Fed. R. Civ. P. 26(a)(2) Disclosure of Experts:** Disclosure of experts shall proceed according to FRCP Rule 26(a)(2) and LR 26-1(e)(3) as follows: the disclosure of experts and their reports shall occur on or before August 30, 2024 (60 days before the proposed discovery cut-off date). The disclosure of rebuttal experts and their reports shall occur on or before September 30, 2024 (30 days after the initial disclosure of experts).

**D.    Dispositive Motions:** The date for filing dispositive motions shall be no later than November 29, 2024, 30 days after the proposed discovery cut-off date. In the event that the discovery period is extended from the discovery cut-off date set forth in this proposed Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended to be not later than 30 days from the subsequent discovery cut-off date.

**E.    Pre-Trial Order:** The date for filing the joint pretrial order shall not be later than December 30, 2024, 30 days after the cut-off for filing dispositive motions. In the event that

dispositive motions are filed, the date for filing the joint pretrial order shall not be suspended until 30 days after decision on the dispositive motions or until further order of the court. In the further event that the discovery period is extended from the discovery cut-off date set forth in this Discovery Plan and Scheduling Order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

**F.** **Fed. R. Civ. P. 26(a)(3) Disclosures:** The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

5. **Alternative Dispute Resolution:** Counsel for the parties certify that they met and conferred about the possibility of using alternative dispute resolution including mediation, arbitration and/or an early neutral evaluation. The parties agree that an early neutral evaluation would not be effective at this time as the parties and their counsel believe that it is necessary to conduct discovery before attempting to resolve this case. Counsel further agree that a settlement conference will be beneficial after discovery is concluded. Finally, the parties and their counsel are not interested in submitting this case to arbitration.

6. **Alternative Forms of Case Disposition:** The parties certify that they discussed consenting to a trial by a magistrate judge or engaging in the Short Trial Program under Fed. R. Civ. P. 73 and at present do not consent to either alternative form of case disposition.

7. **Electronic Evidence:** The parties certify that they have discussed and intend to use electronic evidence at the trial of this matter and will ensure that said evidence is in an electronic format compatible with the Court's electronic jury evidence display system. At present, the parties have not agreed upon any stipulations regarding use of electronic evidence but will address this issue again in the Pre-Trial Order.

8. **Extensions or Modifications of the Discovery Plan and Scheduling Order:** Any stipulation or motion must be made no later than 21 days before the subject deadline. Requests to

1  extend discovery deadlines must comply fully with LR 26-3.

2  DATED this 17th day of May, 2024.          DATED this 17th day of May, 2024.

3  HENNESS & HAIGHT                            GORDON REES SCULLY MANSUKHANI

5  */s/ Jacob S. Smith, Esq.*                    */s/ Sean P. Flynn, Esq.*
   JACOB S. SMITH, ESQ.                        SEAN P. FLYNN, ESQ.
   Nevada Bar No. 10231                        Nevada Bar No. 15408
   DAVID T. GLUTH, ESQ.                        300 S. 4th Street, Ste. 1550
   Nevada Bar No. 10596                        Las Vegas, Nevada 89101
   8972 Spanish Ridge Avenue                   *Attorneys for Defendants Koki Holdings*
   Las Vegas, Nevada 89148                     *America, Ltd. and Lowe's Home Centers,*
   *Attorneys for Plaintiff Richard Echols*       *LLC*

IT IS SO ORDERED this  20th  day of   May        , 2024.

_____
UNITED STATES MAGISTRATE JUDGE

4