SEAN P. FLYNN (SBN: 15408)
**GORDON REES SCULLY MANSUKHANI**
300 S. 4th Street, Ste. 1550
Las Vegas, NV 89101
Telephone:    (775) 467-2610
E-Mail:    sflynn@grsm.com

**Attorneys for Defendants**
KOKI HOLDINGS AMERICA, LTD. and
LOWE'S HOME CENTERS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ECHOLS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>KOKI HOLDINGS AMERICA LTD., fka HITACHI KOKI U.S.A., LTD., dba METABO HPT, a foreign corporation; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S; DOES I THROUGH X, inclusive; and ROE ENTITIES I THROUGH X, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 2:24-cv-00570-RFB-BNW<br><br>**JOINT STIPULATION OF THE PARTIES TO MODIFY THE DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiff RICHARD ECHOLS, by and through his attorneys of record, JACOB S. SMITH, ESQ., and DAVID T. GLUTH, ESQ., of the law firm of HENNESS & HAIGHT, and Defendants KOKI HOLDINGS AMERICA, LTD., fka HITACHI KOKI U.S.A., LTD., dba METABO HPT and LOWE'S HOME CENTERS, LLC d/b/a LOWE'S, by and through their attorneys of record, SEAN P. FLYNN, ESQ., of GORDON REES SCULLY MANSUKHANI, hereby submit this Proposed Amendment to the Joint Discovery Plan and Scheduling Order.

**1.    Grounds for Requesting Modification of the Scheduling Order:** This is the first stipulation for extension of time to the discovery deadlines and scheduling order. The parties have recently started settlement discussions. A Rule 68 demand was issued by Plaintiff,

1

1  and Defendants are considering their response. Counsel for the parties have discussed the
2  demand, and all parties agree that settlement discussions would benefit by deferring costs
3  associated with expert preparation. To this end, the parties have discussed, and agreed upon,
4  making this joint request to the Court to extend the dates in the Scheduling Order by 60 days to
5  allow the parties time to explore potential resolution while avoiding expert and other litigation
6  costs.

7        Based on the foregoing, the parties request the Current Discovery Plan and
8  Scheduling Order be Modified in the following respects:

9      **2.**     **Discovery Plan:** The parties propose the following changes to the discovery
10  plan:

11        **A.**     **Discovery Cut-Off Date(s):** The discovery period shall be extended sixty
12  days from October 30, 2024 to **December 30, 2024**.

13        **B.**     **Fed. R. Civ. P. 26(a)(2) Disclosure of Experts:** Disclosure of experts
14  shall proceed according to FRCP Rule 26(a)(2) and LR 26-1(e)(3) as follows: the disclosure of
15  experts and their reports shall be extended one month, to occur on or before **October 30**, **2024**
16  (60 days before the proposed discovery cut-off date). The disclosure of rebuttal experts and their
17  reports shall occur on or before **November 27**, **2024** (30 days after the initial disclosure of
18  experts).

19        **C.**     **Dispositive Motions:** The date for filing dispositive motions shall be no
20  later than **January 30, 2025**, 30 days after the proposed discovery cut-off date. In the event that
21  the discovery period is extended from the discovery cut-off date set forth in this proposed
22  Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended to
23  be not later than 30 days from the subsequent discovery cut-off date.

24        **D.**     **Pre-Trial Order:** The date for filing the joint pretrial order shall not be
25  later than **March 3, 2025**, 30 days after the cut-off for filing dispositive motions. In the event
26  dispositive motions are filed, the date for filing the joint pretrial order shall not be suspended until 30
27  days after decision on the dispositive motions or until further order of the court. In the further event
28  that the discovery period is extended from the discovery cut-off date set forth in this Discovery Plan

2

and Scheduling Order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

3. **<u>Alternative Dispute Resolution:</u>** Counsel for the parties certify that they have further met and conferred about the possibility of using alternative dispute resolution including mediation, arbitration and/or an early neutral evaluation. The parties agree that an early neutral evaluation would not be effective at this time as the parties and their counsel are engaged in active settlement discussions. It may be necessary to conduct additional discovery before attempting to resolve this case through mediation. Counsel further agree that a settlement conference will be beneficial after discovery is concluded. Finally, the parties and their counsel are not interested in submitting this case to arbitration.

4. **<u>Alternative Forms of Case Disposition:</u>** The parties certify that they discussed consenting to a trial by a magistrate judge or engaging in the Short Trial Program under Fed. R. Civ. P. 73 and at present do not consent to either alternative form of case disposition.

5. **<u>Extensions or Modifications of the Discovery Plan and Scheduling Order:</u>** Any stipulation or motion must be made no later than 14 days before the subject deadline. Requests to extend discovery deadlines must comply fully with LR 26-3.

DATED this 22nd day of July, 2024.

HENNESS & HAIGHT

/s/ David T. Gluth
JACOB S. SMITH, ESQ.
Nevada Bar No. 10231
DAVID T. GLUTH, ESQ.
Nevada Bar No. 10596
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff Richard Echols*

DATED this 22nd day of July, 2024.

GORDON REES SCULLY MANSUKHANI

/s/s Sean P. Flynn
SEAN P. FLYNN, ESQ.
Nevada Bar No. 15408
300 S. 4th Street, Ste. 1550
Las Vegas, Nevada 89101
*Attorneys for Defendants Koki Holdings America, Ltd. and Lowe's Home Centers, LLC*

IT IS SO ORDERED this __24__ day of __July__, 2024.

_____
United States Magistrate Judge

3