SEAN P. FLYNN (SBN: 15408)
**GORDON REES SCULLY MANSUKHANI**
300 S. 4th Street, Ste. 1550
Las Vegas, NV 89101
Telephone: (775) 467-2610
E-Mail: sflynn@grsm.com

**Attorneys for Defendants**
KOKI HOLDINGS AMERICA, LTD. and
LOWE'S HOME CENTERS, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ECHOLS,<br><br>                    Plaintiff,<br><br>     vs.<br><br>KOKI HOLDINGS AMERICA LTD., fka HITACHI KOKI U.S.A., LTD., dba METABO HPT, a foreign corporation; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S; DOES I THROUGH X, inclusive; and ROE ENTITIES I THROUGH X, inclusive,<br><br>                    Defendants. | CASE NO. 2:24-cv-00570-RFB-BNW<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL PARTIES** |

IT IS HEREBY STIPULATED by and between Plaintiff Richard Echols ("Plaintiff") and Koki Holdings America Ltd. And Lowe's Home Centers, LLC ("Defendants"), by and through their respective counsel of record, that the above-captioned action, including all parties and claims alleged therein, be and hereby are dismissed with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Joint Stipulation with Prejudice.

1

**Respectfully Submitted,**

DATED this 4th day of December, 2024.

HENNESS & HAIGHT

*/s/ David T. Gluth*
JACOB S. SMITH, ESQ.
Nevada Bar No. 10231
DAVID T. GLUTH, ESQ.
Nevada Bar No. 10596
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff Richard Echols*

DATED this 4th day of December, 2024.

GORDON REES SCULLY MANSUKHANI

*/s/ Sean P. Flynn*
SEAN P. FLYNN, ESQ.
Nevada Bar No. 15408
300 S. 4th Street, Ste. 1550
Las Vegas, Nevada 89101
*Attorneys for Defendants Koki Holdings America, Ltd. and Lowe's Home Centers, LLC*

IT IS SO ORDERED this 5 day of December, 2024.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE